DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: 916-291-0779
dmartin@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendants*
*Bottled Blonde Las Vegas LLC*
*and Evening Entertainment Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNAMAY FLOWERS, an individual, | Case No.: 2:26-cv-01247-CDS-BNW |
| Plaintiff, | |
| v. | |
| BOTTLED BLONDE LAS VEGAS LLC, an Arizona limited liability company; EVENING ENTERTAINMENT GROUP, a business entity of unknown form, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT [ECF No. 1]** |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Annamay Flowers ("Plaintiff") and Defendants Bottled Blonde Las Vegas LLC and Evening Entertainment Group ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.      Plaintiff filed her Complaint on April 22, 2026 [ECF No. 1].

2.      Defendants were served with the Summons and Complaint on April 28, 2026 [ECF Nos. 6 and 7].

3.      Defendants recently retained counsel and a short extension is necessary to allow Defendants' counsel to obtain the file and investigate the allegations in the Complaint before responding.

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4.    Plaintiff has no objection to the extension.

5.    Therefore, the parties agree that Defendants' response to the Complaint is now due on or before **June 18, 2026**.

DATED: June 12, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

David J. Martin
Nevada Bar No. 9117
A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
dmartin@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendants*
*Bottled Blonde Las Vegas LLC*
*and Evening Entertainment Group*

DATED: June 12, 2026

**GREENBERG GROSS LLP**

*/s/ Coco Padilla*

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JPadilla@GGTrialLaw.com

*Attorneys for Plaintiff Annamay Flowers*

## ORDER

IT IS SO ORDERED.

UNITED STATES
MAGISTRATE JUDGE

DATED:    June 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 12, 2026, the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT [ECF No. 1]** was served via the Court's Electronic Filing/Service system upon all the parties on the E-Service Master List:

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
(702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JPadilla@GGTrialLaw.com

*Attorneys for Plaintiff*
*Annamay Flowers*

*/s/ A. Jill Guingcangco*
_____
An Employee of Gordon Rees Scully Mansukhani, LLP

**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-3-

## Jill Guingcangco

| | |
|---|---|
| **From:** | Jorge "Coco" Padilla <JPadilla@ggTrialLaw.com> |
| **Sent:** | Friday, June 12, 2026 12:38 PM |
| **To:** | Jill Guingcangco |
| **Cc:** | David Martin; Jemma E. Dunn; Matthew T. Hale |
| **Subject:** | RE: Flowers, Annamay v. Bottled Blonde, et al. - SAO to Extend Time for Defendants to File Responsive Pleading |

Hi Jill, happy Friday to you and your team as well!

Can you please remove Michael Burnette's name, bar number, and e-mail from the signature block and certificate of service page. He is not on this specific case anymore. With that change, you may affix my e-signature as /s/Coco Padilla and file. Thank you and have a great weekend!

**Jorge "Coco" Padilla**
**Associate | Greenberg Gross LLP**

1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0862 | Main 702.777.0888
JPadilla@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas
New York | Boston | New Jersey | Buffalo

**From:** Jill Guingcangco <jguingcangco@grsm.com>
**Sent:** Friday, June 12, 2026 9:55 AM
**To:** Jorge "Coco" Padilla <JPadilla@ggTrialLaw.com>
**Cc:** David Martin <dmartin@grsm.com>; Jemma E. Dunn <JDunn@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>
**Subject:** [EXT] Flowers, Annamay v. Bottled Blonde, et al. - SAO to Extend Time for Defendants to File Responsive Pleading

Hello Coco – happy Friday!

Please see attached the Stipulation and [Proposed] Order to Extend Time for Defendants to File Responsive Pleading for your review. Please feel free to redline with any edits or let me know if we have your authorization to affix your e-signature and submit it to the Court for its review.

Thank you,
Jill

**A. JILL GUINGCANGCO**
Senior Counsel
*Licensed in NV and WA



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com  |  grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard  |  Bio

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

2