DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: 916-291-0779
dmartin@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendants*
*Bottled Blonde Las Vegas LLC*
*and Evening Entertainment Group*

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANNAMAY FLOWERS, an individual,

Plaintiff,

v.

BOTTLED BLONDE LAS VEGAS LLC, an Arizona limited liability company; EVENING ENTERTAINMENT GROUP, a business entity of unknown form,

Defendants.

Case No.: 2:26-cv-01247-CDS-BNW

**STIPULATION AND ORDER TO PERMIT REMOTE APPEARANCE BY DEFENDANTS' INSURANCE CARRIER REPRESENTATIVE AT THE ENE [ECF NO. 15]**

Plaintiff Annamay Flowers ("Plaintiff") and Defendants Bottled Blonde Las Vegas LLC and Evening Entertainment Group ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. The Early Neutral Evaluation ("ENE") in this matter is currently scheduled for September 24, 2026, at 9:00 a.m., before the Honorable Maximiliano D. Couvillier III.

2. Counsel for the Parties have met and conferred regarding attendance at the ENE.

3. Plaintiff, Plaintiff's counsel, Defendants, and Defendants' counsel will attend the ENE in person.

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4. Plaintiff does not object to Defendants' insurance carrier representative appearing remotely for the ENE.

5. Defendants' insurance carrier representative will possess full settlement authority consistent with the Court's attendance requirements and will be available remotely for the duration of the ENE to participate in settlement discussions, provide authority, and respond promptly to requests from counsel and the Court.

6. The Parties agree that allowing the insurance carrier representative to appear remotely will not prejudice any party and will assist in the efficient resolution of this matter.

Accordingly, the Parties request that the Court enter an order permitting Defendants' insurance carrier representative to appear remotely at the ENE, while Plaintiff, Plaintiff's counsel, Defendants, and Defendants' counsel attend in person.

IT IS SO STIPULATED.

DATED: August 21, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

David J. Martin
Nevada Bar No. 9117
A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
dmartin@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendants Bottled Blonde Las Vegas LLC and Evening Entertainment Group*

DATED: August 21, 2026

**GREENBERG GROSS LLP**

*/s/ Jorge "Coco" Padilla*

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JPadilla@GGTrialLaw.com

*Attorneys for Plaintiff Annamay Flowers*

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation to Permit Remote Appearance of Defendants' Insurance Carrier Representative at the Early Neutral Evaluation is GRANTED.

IT IS FURTHER ORDERED that Defendants' insurance carrier representative may appear remotely for the Early Neutral Evaluation scheduled for September 24, 2026.

IT IS FURTHER ORDERED that Defendants' insurance carrier representative shall possess full settlement authority and shall remain available throughout the ENE to participate in settlement discussions, provide settlement authority, and respond promptly to requests from counsel and the Court.

IT IS FURTHER ORDERED that Plaintiff, Plaintiff's counsel, Defendants, and Defendants' counsel shall attend the ENE in person.

IT IS FURTHER ORDERED that all other provisions of the Court's Order Setting Mediation [ECF No. 15] remain in full force and effect.

IT IS SO ORDERED.

Defense counsel shall be responsible to coordinating and procuring the remote appearance of insurance representative.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2026